**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT D. MABE, INC., d/b/a Ashville Apothecary and Circleville Apothecary, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 3:17-cv-01102-MEM |
| vs. | ) ) | Judge Mannion |
| OPTUM RX. | ) ) ) | |
| Defendant. | ) | |

**OPTUM'S MOTION TO COMPEL ARBITRATION AND**
**DISMISS NON-ARBITRABLE CLAIMS**

Defendant, Optum Rx ("Optum"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court for entry of an order compelling arbitration of and dismissing the claims asserted by the Plaintiff pharmacies identified in the attached Memorandum that derive their rights from contracts containing arbitration clauses. In addition, and in the alternative, Optum moves to dismiss the claims asserted by each of the Plaintiff pharmacies for failure to state a claim upon which relief may be granted. Optum further moves to dismiss the claims of the Plaintiff pharmacies identified in the attached Memorandum that are not subject to arbitration clauses for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). In Support of its Motion to Compel

Arbitration and Dismiss Non-Arbitrable Claims, Optum submits the accompanying Memorandum of Law.

Dated:  December 5, 2017                     Respectfully submitted,

By:  */s/ Claudia L. Cortes*

Shannon E. McClure
REED SMITH LLP
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: 215.851.8100
smcclure@reedsmith.com


Dan J. Hofmeister *(Pro Hac Vice pending)*
Douglass G. Hewitt *(Pro Hac Vice pending)*
Claudia L. Cortes *(Admitted Pro Hac Vice)*
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, IL 60606-7507
T:  312.207.1000
dhofmeister@reedsmith.com
dhewitt@reedsmith.com
ccortes@reedsmith.com

*Attorneys for Optum RX*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2017 a true and correct copy of the foregoing *Optum's Motion to Compel Arbitration And Dismiss Non-Arbitrable Claims* has been filed and served electronically using the Court's ECF/CM system and is available for viewing and downloading.

>  */s/     Claudia L. Cortes*
> Claudia L. Cortes