UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT D. MABE, INC., d/b/a :
Ashville Apothecary and
Circleville Apothecary, et al., :

      Plaintiffs : CIVIL ACTION NO. 3:17-1102

  v. : (JUDGE MANNION)

OPTUM RX, Successor by :
Merger to Catamaran Corp.,
      :
      Defendant
      :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** plaintiffs' motion for reconsideration **(Doc. 207)** is **DENIED**.

                                               *s/ Malachy E. Mannion*
                                               **MALACHY E. MANNION**
                                               **United States District Judge**

**DATE: May 28, 2021**
17-1102-02-ORDER