UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT D. MABE, INC., d/b/a :
Ashville Apothecary and
Circleville Apothecary, et al., :

      Plaintiffs : CIVIL ACTION NO. 3:17-1102

      v. : (JUDGE MANNION)

OPTUM RX, Successor by :
Merger to Catamaran Corp.,
       :
      Defendant
       :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendant's motion to compel arbitration and to dismiss is **GRANTED IN PART AND DENIED IN PART**.

**(2)** To the extent the defendant seeks to compel arbitration, the motion is **DENIED**.

**(3)** To the extent that the defendant seeks to dismiss certain of the non-arbitrable claims, the defendant's motion is

**GRANTED IN PART AND DENIED IN PART**, as outlined in

the accompanying memorandum.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: May 28, 2021**
17-1102-03-ORDER