# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. MABE, INC., d/b/a Ashville Apothecary and Circleville Apothecary, et al., | ) ) ) |
| Plaintiffs, | ) ) 3:17-cv-01102-MEM |
| vs. | ) ) ) Judge Malachy E. Mannion |
| OPTUM RX, successor by merger to Catamaran Corporation, | ) ) ) |
| Defendant. | ) |

## DEFENDANT OPTUMRX INC.'S
## MOTION FOR SUMMARY JUDGMENT

Defendant OptumRx, Inc. ("OptumRx"), by and through the undersigned counsel, respectfully moves the Court for entry of an Order granting its Motion for Summary Judgment. In support, OptumRx relies upon the points, arguments, and authorities set forth in the accompanying Memorandum of Law in support of its Motion for Summary Judgment.

Dated:  August 26, 2021

Respectfully submitted:

REED SMITH LLP

By: /s/ *Douglass G. Hewitt*
Dan J. Hofmeister *(pro hac vice)*
dhofmeister@reedsmith.com
Douglass G. Hewitt *(pro hac vice)*
dhewitt@reedsmith.com
Claudia L. Cortes *(pro hac vice)*
ccortes@reedsmith.com
Karen E. Vaysman *(pro hac vice)*
kvaysman@reedsmith.com
10 South Wacker Drive, Suite 4000
Chicago, IL 60606-7507
T: 312.207.1000

Shannon E. McClure
smcclure@reedsmith.com
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: 215.851.8100

*Attorneys for Defendant, OptumRx, Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 26, 2021 a true and correct copy of the foregoing document has been filed and served electronically using the Court's electronic case filing system and is available for viewing and downloading.

                                          */s/ Douglass G. Hewitt*
                                          Douglass G. Hewitt