UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. MABE, INC., d/b/a Ashville Apothecary and Circleville Apothecary, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OPTUM RX, successor by merger to Catamaran Corporation, <br><br> Defendant. | Case No. 3:17-cv-01102-MEM |

## WITHDRAWL OF APPEARANCE

Kindly withdraw the appearance of Joseph M. Profy on behalf of the Plaintiff's in the above captioned matter.

**JACOBS LAW GROUP, PC**

Dated:  January 30, 2024

*/s/ Neal A. Jacobs*
Neal A. Jacobs (ID No. 41918)
Four Tower Bridge
200 Barr Harbor Dr., Suite 400
West Conshohocken, PA 19428
(215) 569-9701
njacobs@jacobslawpc.com
*Attorneys for Plaintiff*

**Gallucci & Profy LLC**

 */s/ Joseph M. Profy*
Joseph M. Profy, Esquire
Gallucci & Profy LLC
1020 Laurel Oak Road, Suite 301
Voorhees N.J. 08043
jprofy@gallucciandprofy.com

## CERTIFICATE OF SERVICE

I, Neal Jacobs, hereby certify that on January 30, 2024, a true and correct copy of the foregoing was filed through the Court's Electronic Case Filing (ECF) System and that the attorneys of record are registered to receive notice of said filing through ECF.

**JACOBS LAW GROUP, PC**

*/s/ Neal A. Jacobs*
Neal A. Jacobs (ID No. 41918)
Four Tower Bridge
200 Barr Harbor Dr., Suite 400
West Conshohocken, PA 19428
(215) 569-9701
njacobs@jacobslawpc.com
*Attorneys for Plaintiff*