

Jacobs Law Group, PC
Four Tower Bridge
200 Barr Harbor Dr Suite 400
West Conshohocken, PA 19428
215-569-9701
215-569-9788
www.jacobslawpc.com

**Neal A. Jacobs** *†
Managing Attorney
Principal

**Samuel M. First** *
Labor and Employment
Department Chair

Zachary Cherry*
Matthew A. Cole ●*†
Mark R. Cuker ●*†
Richard E. Miller *□
Mark Rosen ●*∇

* ALSO ADMITTED IN NJ
† ALSO ADMITTED IN NY
□ ALSO ADMITTED IN FL
∇ ALSO ADMITTED IN DC & CA
● OF COUNSEL

April 19, 2024

Hon. Karoline Mehalchick
United States District Judge
 for the Middle District of Pennsylvania
P.O. Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

    Re:   *Robert D. Mabe, Inc. v. OptumRx*
            No. 3:17-cv-01102

Dear Judge Mehalchick:

    Thank you for your order of yesterday rescheduling the hearing to May 28. Unfortunately, I will be away on a short vacation on that date. I have conferred with opposing counsel who does not object to a continuance, and we jointly suggest the following dates if they are acceptable to the court: June 10, 19, 20.

    Obviously, if those dates do not work for the Court we will make ourselves available for others.

**JACOBS LAW GROUP, PC**

Hon. Karoline Mehalchick
April 19, 2024
Page 2
_____

      Please accept my apology for the misfiling of our summary judgment motion. I can assure Your Honor that I will fully comply with the local rules and the Court's preferences going forward.

      My clients appreciate your willingness to hear their case on the merits, in spite of the procedural problems.

      Respectfully,

      */s/ Mark R. Cuker*

      Mark R. Cuker

cc: All counsel of record (via PACER)