UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. MABE, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> OPTUMRX, <br><br> Defendant | CIVIL ACTION NO. 3:17-CV-1102 <br><br> (MEHALCHICK, J.) |

**ORDER**

**AND NOW,** this 25th day of April 2024**, IT IS HEREBY ORDERED THAT** the letter (Doc. 398) from counsel requesting to reschedule the oral argument on Defendant's Motion to Compel Arbitration (Doc. 336) on Thursday, April 25, 2024 is **GRANTED.** The court will **RESCHEDULE** the oral argument to **Monday, June 10, 2024 at 11:00 AM** in Courtroom #1, William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**